UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Orginal Copy

Charles Robert Taylor #232897
Bellamy Creek Correctional
1727 W. Bluewater Hwy, Ionia, Mi 48846
(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

FILED - KZ
May 2, 2016 4:13 PM
CLERK OF CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
bd Scanned by [illegible] 5-3

v. Cathy M. Garrett
Wayne County Clerk And D.P. Sgts.
Prosectors, Judges, Attorneys
(Enter above the full name of the defendant or defendants in this action.)

1:16-cv-452
Janet T. Neff
U.S. District Judge
Ellen S. Carmody
U.S. Magistrate Judge

**COMPLAINT**

I. **Previous Lawsuits**

**CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.**

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☒ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed. Western District

2. Is the action still pending? Yes ☐ No ☒

   a. If your answer was no, state precisely how the action was resolved: Denied

3. Did you appeal the decision? Yes ☒ No ☐

4. Is the appeal still pending? Yes ☐ No ☒

   a. If not pending, what was the decision on appeal? Denied

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☒

   If so, explain:

II. **Place of Present Confinement** Bellamy Creek Correctional

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:
Carson City Correctional. RGC-Jackson, Mi

## III. Parties

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff Charles Robert Tayloe #232897

Address 1727 W. Bluewater Hwy, Tonia Mi. 48846

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 Cathy M. Garrett

Position or Title Wayne County Clerk

Place of Employment Frank Murphy Hall of Justice

Address 1441 St. Antoine Detroit, Mi 48226

Official and/or personal capacity? Personal Capacity

Name of Defendant #2 Sgt. Samuel Mackie

Position or Title Detroit Police Sergent

Place of Employment Detroit Police Department

Address 600 Woodbridge St. Detroit, Mi. 48226

Official and/or personal capacity? Personal Capacity

Name of Defendant #3 Michael Russell

Position or Title Sergent

Place of Employment Detroit Police Department

Address 600 Woodbridge St. Detroit, Mi 48226

Official and/or personal capacity? Personal Capacity

Name of Defendant #4 Steven Kaplan (P30592)

Position or Title Prosecutor

Place of Employment Wayne County

Address 3rd Judicial Circuit Court. 1441 St. Antione Det, Mi 48226

Official and/or personal capacity? Personal Capacity

Name of Defendant #5 Capers P. Harper Jr.

Position or Title Attorney At Law

Place of Employment Wayne County

Address 615 Griswold Suite 1626 Ford Bldg. Detroit, Mi 48226

Official and/or personal capacity? Personal Capacity

## III. Parties

A. Plaintiff(s)

Place your name in the first blank and your present address in th e second blank. Provide the sam e information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff Charles Robert Taylor #232897

Address 1727 W. Bluewater Hwy, Ionia, Mi 48846

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

6. Name of Defendant #1 Sidney Barthwell Jr. (P44480)

Position or Title 36th District Judge

Place of Employment 36th District Court

Address 421 Madison Ave Det, Mi 48226

Official and/or personal capacity? Personal Capacity

7. Name of Defendant #2 Renee R. McDuffee

Position or Title 36th District Judge

Place of Employment 36th District Court.

Address 421 Madison Ave Det, Mi 48226

Official and/or personal capacity? Personal Capacity.

8. Name of Defendant #3 Michael Reynolds (P30592)

Position or Title 36th District Judge

Place of Employment 36th District Court

Address 421 Madison Ave Detroit, Mi 48226

Official and/or personal capacity? Personal Capacity

9. Name of Defendant #4 Michael Wagner

Position or Title 36th District Judge

Place of Employment 36th District Court.

Address 421 Madison Ave, Detroit, Mi 48226

Official and/or personal capacity? Personal Capacity

10. Name of Defendant #5 Michael J. Callahan

Position or Title Circuit Court Judge.

Place of Employment 3rd Circuit Court Wayne County, 1441 St Antione Det, mi

Address 1441 St Antione Detroit, Mi 48226

Official and/or personal capacity? Personal Capacity

## IV. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

#1. CATHY M. GARRETT. is the Clerk of Court, She did not file the Motions, or Respond to the Numerous of Letters I've Written, Requesting Certain And PAcific Documents And Information Concerning my CASE. # 12-007031-01 Exhibit C

# 2. D.P. Sgt. Samuel Mackie. False Arrest And Illegal Arrest, of Charles R. Taylor. on 6-2-2012 in Alamance County JAIL, Grahm, NC. see Exhibit A

# 3. D.P. Sgt. Michael Russell. False Arrest And Illegal Arrest of Charles R. Taylor, for 1st Degree Murder on 6-2-2012 At Alamance County JAIL. Gram N.C. Exhibit A

# 4. Prosecutor Steven Kaplan. Allow D.P. Sgt Mackie And Sgt Russell to Persue And Arrest Charles R. Taylor #232897 without going through the Proper Procedure. And Paperwork. Exhibit A+B+D

# 5. CAPERS P. HARPER JR. Attorney At Law. Refusing to investigAte, the VAlity of the Arrest WARRANT, No Affidavit, or sworn testimony Attached to Complaint or WARRANT or Neither Filed with the Court or Checked WARRANT Return.

# 6. Sidney Barthwell Jr. (P44480) Signed A Felony Complaint And A Felony WARRANT, without Following the Proper. Exhibit A-B-C

**IV. Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Proceedure. No Affidavit, No sworn testimony attached to Complaint or Warrant, in case Either was ever Challenged in Court, or warrant Return Exhibit A-B-C

# 7. Renee R. McDuffee District Judge. Arrainged the Defendant on A Warrant and Summons. She Knew was A Illegal Arrest warrant. And the summon that was Never Excuted. on Charles R. Taylor. #232897 Along with other Altered Documents. that she Knew was Fraudulente. Also, No Arraingment with in 48 hours after arrest. see Exhibit E And C.

# 8. Michael J. Reynolds (P30592) Signed his Name to A Illegal Felony Complaint. Dated. 5-25-2012 presented By Sgt Samuel Mackie. Along with Judge: Sidney Barthwell Jr Signature. See Exhibit A

# 9. Michael Wagner District Judge Bound me Charles R. Taylor over. without, Any Evidence And No proof of Identy of Perpetrator. No Evidentary Hearing or Refusing to Dismiss the Case For Lack of Evidence. Exhibit C

# 10. Michael J. Callahan Circuit Judge. Allowed the Case Against Charles R Taylor to go Forth. Due to Lack of Evidence No proof of Identity, And denial of All Defenses Motions. Exhibit C

**V. Relief**

State briefly and precisely what you want the court to do for you.

To Serve Notice to All that They Are Being Sued in their Personal Capacity.

4-26-2016
**Date**

Charles Taylor
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Mr Charles, L Taylor #282897
Bellamy Creek Corr Fac,
1727 Bluewater Hwy
Ionia, Mi 48846

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004275413 APR 28 2016
MAILED FROM ZIP CODE 48846

Office of THE Clerk
United STATES DISTRICT Court
B-35 FEDERAL Building
410 W. Michigan AVE
Kalamazoo, Mi 49007