# 1

Printed on 06/01/2012 07:00:56 PM

*File No.* 12CR 053217

# WARRANT FOR ARREST FOR FUGITIVE

# STATE OF NORTH CAROLINA

ALAMANCE County

In The General Court Of Justice
District Court Division



*Crime(s) In Demanding State*
HOMICIDE

*Date Of Offense*
06/01/2012

*Name Of Demanding State And County Of Offense*
MICHIGAN WAYNE

**THE STATE OF NORTH CAROLINA VS.**

*Name And Address Of Defendant*
CHARLES ROBERT TAYLOR

1516 MELODY LANE

BURLINGTON NC 27215
ALAMANCE COUNTY (919) 200-8242
Alias I: CHARLES R. TAYLOR

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| B | M | 02/12/1965 | |

| Social Security No. | Drivers License No. & State |
|---|---|
| | 32524732 NC |

*Name Of Defendant's Employer*

| Offense Code(s) | Arrest Under G.S. |
|---|---|
| 9901 | 15A-733 |

*Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)*

*Arresting Officer (Name, Department, Phone No.)*
RD HEBDEN
BURLINGTON POLICE DEPARTMENT
267 WEST FRONT ST
BURLINGTON NC 27215
ALAMANCE COUNTY (336) 229-3540

To any officer with authority and jurisdiction to execute a warrant for arrest:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the demanding state and county named above the crime named above was committed and the defendant named above is now in the State of North Carolina and

- [X] has been charged with the commission of that crime and has fled from justice.
- [ ] has been convicted of that crime and has escaped from confinement.
- [ ] has broken the terms of his/her bail, probation and parole.

This Warrant is issued pursuant to Section 15A-733 of the North Carolina General Statutes upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge above.

| Date Issued | Signature | Location Of Court | Court Date |
|---|---|---|---|
| 06/01/2012 | S M WORTINGER<br>[X] Magistrate [ ] Superior Court Judge<br>[ ] District Court Judge | Alamance County Courthouse; 9999<br>212 W ELM ST<br>GRAHAM,NC 27253 | 06/04/2012<br>*Court Time*<br>09:00 [X] AM [ ] PM |

(over)

AOC-CR-910M, Rev. 4/11
© 2011 Administrative Office of the Courts

**ORIGINAL COPY**

EXHIBIT A

# STATE OF NORTH CAROLINA

ALAMANCE County

File No. 12CR 053217

In The General Court Of Justice
[X] District [ ] Superior Court Division

## FUGITIVE AFFIDAVIT

G.S. 15A-733, 15A-734

**STATE VERSUS**

| | |
|---|---|
| Name Of Defendant<br>CHARLES ROBERT TAYLOR<br>1516 MELODY LANE<br>BURLINGTON NC 27215 | |
| Crime(s) In Demanding State<br>HOMICIDE | Name, Address And Telephone No. Of Contact Person In Demanding State<br>RUSSELL, MICHAEL<br>600 WOODBRIDGE STREET<br>DETROIT POLICE DEPARTMENT<br>DETROIT MI 48226<br>(313) 596-2260 |
| Date Of Crime<br>06/01/2012 through 06/01/2012 | |
| Name Of Demanding State And County Of Crime<br>MICHIGAN WAYNE | Title<br>DETECTIVE |

I, the undersigned, state that this Affidavit is based upon

- [ ] 1. criminal process issued by a judicial official of the demanding state, a copy of which is attached.
- [ ] 2. the affidavit of the contact person named above, a copy of which is attached.
- [X] 3. a NCIC-DCI message from the contact person named above, a copy of which is attached.
- [ ] 4. a telephone message from the contact person named above.
- [ ] 5. Other:

On or about the date of offense shown and in the demanding state and county named above the crime named above was committed and the defendant named above is now in the State of North Carolina and has

- [X] 1. been charged with the commission of that crime and has fled from justice.
- [ ] 2. been convicted of that crime and has escaped from confinement.
- [ ] 3. broken the terms of bail, probation or parole.

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Date<br>6-1-12 |
|---|---|
| Date<br>06/01/2012 | Signature Of Affiant<br>R. D. Hebden |
| Signature<br>S M WORTINGER | Name Of Affiant (Type Or Print)<br>RD HEBDEN (BURLINGTON POLICE DEPARTMENT) |
| [X] Magistrate [ ] District Court Judge [ ] Superior Court Judge | Title Of Person Signing<br>OFFICER SERVICE FEE |

**ORIGINAL COPY**

AOC-CR-911M, Rev. 9/98
© 1998 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

ALAMANCE County

File No. 12CR 053217

In The General Court Of Justice
[X] District [ ] Superior Court Division

**STATE VERSUS**

*Name And Address Of Defendant*
CHARLES ROBERT TAYLOR
1516 MELODY LANE
BURLINGTON NC 27215

## CONDITIONS OF RELEASE AND RELEASE ORDER

\# 12RO642083

G.S. Chapter 15A, Art. 25, 26

*Amount Of Bond*
$

*Offenses And Additional File Numbers*
12CR53217 EXTRADITION/FUGITIVE OTH STATE

[ ] See Attachment

| *Location Of Court* | | *Date* | *Time* |
|---|---|---|---|
| Alamance County Courthouse; 9999 | [X] District [ ] Superior | 06/04/2012 | ~~09:00~~ 2:00 ~~[X] AM~~ [X] PM |

**To The Defendant Named Above**, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.

[ ] Your release is authorized upon execution of your: [ ] WRITTEN PROMISE to appear [ ] UNSECURED BOND in the amount shown above [ ] CUSTODY RELEASE [ ] SECURED BOND in the amount shown above [ ] HOUSE ARREST with ELECTRONIC MONITORING administered by *(agency)* ______ and the SECURE BOND above. You may leave your residence for the purpose(s) of [ ] employment [ ] counseling [ ] course of study [ ] vocational training

[X] Your release is not authorized.

[X] The defendant is required to provide *(check all that apply)* [X] fingerprints under G.S. 15A-502(a1) or (a2). [ ] a DNA sample under G.S. 15A-266.3A. Prior to release, the defendant shall provide his/her *(check all that apply)* [X] fingerprints. [ ] DNA sample.

[ ] The defendant has been [ ] (i) charged with a felony while on probation *(complete AOC-CR-272, Side One)*. [ ] (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A *(complete AOC-CR-272, Side Two)*.

[ ] *(for offenses committed on or after December 1, 2011)* The defendant has been charged with an offense involving impaired driving, G.S. 20-4.01(24a), and was convicted of a prior offense involving impaired driving, which prior offense occurred within 7 years before the date of this offense. The defendant is ORDERED to abstain from alcohol as verified by a continuous alcohol monitoring system for the period of pretrial release or until this condition is removed by entry of order of the court.

[ ] The defendant was arrested or surrendered after failing to appear as required under a prior release order.

[ ] This was the defendant's second or subsequent failure to appear in this case.

[ ] Your release is subject to the conditions as shown on the attached [ ] AOC-CR-270. [ ] Other: ______

*Additional Information*
DEFENDENT IS BEING HELD FOR EXTRADITION TO MICHIGAN FOR HOMICIDE

| *Date* | *Signature Of Judicial Official* | |
|---|---|---|
| 06/01/2012 | S M WORTINGER | [X] Magistrate [ ] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court [ ] District Court Judge [ ] Superior Court Judge |

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below**, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: [X] produce him/her in Court as provided above. [ ] hold him/her [ ] as provided on the attached AOC-CR-272. [ ] for the following purpose: ______

[ ] *[Check in all domestic violence and stalking cases covered by G.S. 15A-534.1(b)]* produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before *(enter date and time 48 hours after time of arrest)* ______ [ ] AM [ ] PM produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| *Name Of Detention Facility* | *Date* | *Signature Of Judicial Official* |
|---|---|---|
| Alamance County Jail | 06/01/2012 | S M WORTINGER |

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| *Date* | *Signature Of Defendant* | *Signature Of Person Agreeing To Supervise Defendant* |
|---|---|---|
| | | |

| *Name Of Person Agreeing To Supervise Defendant (Type Or Print)* | *Address Of Person Agreeing To Supervise Defendant* |
|---|---|
| | |

## DEFENDANT RELEASED ON BAIL

| *Date* | *Time* | | *Signature Of Jailer* |
|---|---|---|---|
| 6-9-12 | 0555 | [X] AM [ ] PM | [signature] |


© 2011 Administrative Office of the Courts

**ORIGINAL COPY**

Exhibit A

STATE OF MICHIGAN

36TH DISTRICT COURT DETROIT
3rd Judicial Circuit

**COMPLAINT**
**FELONY**

2011726736
**CASE NO: 2011726736**

The People of the State of Michigan

vs

CHARLES ROBERT TAYLOR 82-11726736-01

**Offense Information**
**Police Agency / Report No.**
82DPHO 0406300469
**Date of Offense**
06/30/2004
**Place of Offense**
R/O 17380 HULL (ALLEY), DETROIT
**Complainant or Victim**
JOSEPHINE CARTER
**Complaining Witness**
INFO & BELIEF

12059693

**STATE OF MICHIGAN, COUNTY OF WAYNE**

The complaining witness says that on the date and the location stated above, the defendant, contrary to law,

**COUNT 1:** HOMICIDE - MURDER FIRST DEGREE - PREMEDITATED
did deliberately, with the intent to kill, and with premeditation, kill and murder one Josephine Carter; contrary to MCL 750.316. [750.316-A]
FELONY: Life without parole; DNA to be taken upon arrest.

**HABITUAL OFFENDER - FOURTH OFFENSE NOTICE**

Take notice that the defendant was previously convicted of three or more felonies or attempts to commit felonies in that on or about 04/05/90, he or she was convicted of the offense of possession of cocaine in violation of 333.74032a3; in the Recorder's Court for City of Detroit, State of Michigan;

And on or about 08/31/93, he or she was convicted of the offense of criminal sexual conduct second degree in violation of 750.520c; in the Recorder's Court for City of Detroit, State of Michigan;

And on or about 08/31/93, he or she was convicted of the offense of armed robbery in violation of 750.529; in the Recorder's Court for City of Detroit, State of Michigan;

Therefore, defendant is subject to the penalties provided by MCL 769.12. [769.12]

PENALTY: Life if primary offense has penalty of 5 Years or more; 15 Years or less if primary offense has penalty under 5 Years

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

The complaining witness asks that defendant be apprehended and dealt with according to law.

Warrant authorized on 5-25-2012 by:
Date
MICHAEL J. REYNOLDS
Molly Kettler P59877 P30592
For M. Kettler + S. Kaplan

[signature]
Complaining witness signature

Subscribed and sworn to before me on 5-25-12
Date

[signature] (44980)
Judge/Magistrate/Clerk Bar no.

STATE OF MICHIGAN | WARRANT FELONY | CASE NO. 2011726736

36TH DISTRICT COURT
DETROIT
3rd Judicial Circuit

12059693

**The People of the State of Michigan**

vs

CHARLES ROBERT TAYLOR 82-11726736-01

**Offense Information**
**Police Agency / Report No.**
82DPHO 0406300469
**Date of Offense**
06/30/2004
**Place of Offense**
R/O 17380 HULL (ALLEY), DETROIT
**Complainant or Victim**
JOSEPHINE CARTER
**Complaining Witness**
INFO & BELIEF

**STATE OF MICHIGAN, COUNTY OF WAYNE**
**To any peace officer or court officer authorized to make arrest:** The complaining witness has filed a sworn complaint in this court stating that on the date and the location stated above, the Defendant(s), contrary to law,

**COUNT 1:** HOMICIDE - MURDER FIRST DEGREE - PREMEDITATED
did deliberately, with the intent to kill, and with premeditation, kill and murder one Josephine Carter; contrary to MCL 750.316. [750.316-A]
FELONY: Life without parole; DNA to be taken upon arrest.

**HABITUAL OFFENDER - FOURTH OFFENSE NOTICE**
Take notice that the defendant was previously convicted of three or more felonies or attempts to commit felonies in that on or about 04/05/90, he or she was convicted of the offense of possession of cocaine in violation of 333.74032a3; in the Recorder's Court for City of Detroit, State of Michigan;
And on or about 08/31/93, he or she was convicted of the offense of criminal sexual conduct second degree in violation of 750.520c; in the Recorder's Court for City of Detroit, State of Michigan;
And on or about 08/31/93, he or she was convicted of the offense of armed robbery in violation of 750.529; in the Recorder's Court for City of Detroit, State of Michigan;
Therefore, defendant is subject to the penalties provided by MCL 769.12. [769.12]
PENALTY: Life if primary offense has penalty of 5 Years or more; 15 Years or less if primary offense has penalty under 5 Years

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

Upon examination of the complaining witness, there is probable cause to believe that the offense charged was committed and the Defendant committed the offense. THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I command you to arrest and bring the defendant before the Court immediately.

5-25-12
Date MAY 25 2012

(SEAL)

[signature] P44480
Judge/Magistrate Bar no.

Magistrate Sidney Barthwell, Jr.

THIRD JUDICIAL CIRCUIT OF MICHIGAN

# REGISTER OF ACTIONS

CASE NO. 12-007031-01-FC

Exhibit C

State of Michigan v Charles Robert Taylor

| | |
|---|---|
| Location: | **Criminal Division** |
| Judicial Officer: | **Callahan, Michael J.** |
| Filed on: | **07/19/2012** |
| Case Number History: | **12059693-01**<br>**11726736-01** |
| Case Tracking Number: | **11726736-01** |

## CASE INFORMATION

**Offense** | **Deg** | **Date**

1. Homicide - Murder First Degree - Premeditated — 06/30/2004
   Arrest: 06/30/2004 DPHOM - Detroit Pd Homicide
2. Homicide - Murder - Second Degree — 03/14/2013

Case Type: **Capital Felonies**

Case Status: **04/04/2013 Final**

Case Flags: **Habitual Offender**
**Case in Collections**
**Case has PDF Electronic Transcripts**

**Statistical Closures**
03/14/2013 Jury Verdict

**Warrants**
Failure To Appear - Taylor, Charles Robert (Judicial Officer: McDuffee, Renee R. )
06/16/2012 Warrant Cancelled/Recalled (LC)
Fine: $0
Bond: $0

## PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **State of Michigan** | **Kaplan, Steven M.**<br>(586) 574-0020(W) |
| **Defendant** | **Taylor, Charles Robert**<br>*Black Male*<br>*Other Agency Number: 545505 Detroit Police Identification Number* | **Harper, Capers P.**<br>*Court Appointed*<br>(313) 964-4165(W) |
| **Appellate Attorney** | **Leithauser, Neil J.** | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/25/2012 | Recommendation for Warrant | |
| 05/25/2012 | Habitual Offender | |
| 05/30/2012 | Warrant Signed | |
| 06/16/2012 | **Arraignment on Warrant** (Judicial Officer: McDuffee, Renee R.)<br>*Defendant Stands Mute; Plea Of Not Guilty Entered By Court* | |
| 06/16/2012 | Plea (Judicial Officer: McDuffee, Renee R.)<br>1. Homicide - Murder First Degree - Premeditated<br>Defendant Stand Mute: Plea of Not Guilty Entered by Court | |
| 06/16/2012 | **Interim Condition for Taylor, Charles Robert** (Judicial Officer: McDuffee, Renee R.)<br>- Remand<br>$0.00 | |
| 06/26/2012 | *CANCELED* **Preliminary Examination**<br>*Adjourned at the Request of the Defense* | |
| 06/26/2012 | Motion for a Continuance Filed/Signed | |

07/12/2012 *CANCELED* **Preliminary Examination**
*Adjourned:At The Request Of The Court*

07/19/2012 **Preliminary Examination** (Judicial Officer: Wagner, Michael)
*Held: Bound Over*

07/19/2012 Motion to Assign Counsel Filed/Signed

07/19/2012 Bound Over

07/30/2012 *CANCELED* **Arraignment On Information**
*Adjourned at the Request of the Defense*

07/30/2012 **Arraignment On Information** (Judicial Officer: Callahan, Michael J.)
Resource: Court Rpt/Rec 37 Goldsmith, Jeffrey
Resource: Courtroom Clerk C5948 Parsons, Patricia
*07/31/2012 Reset by Court to 07/30/2012*
*Adjourned at the Request of the Defense*

07/30/2012 Scheduled AOI

07/31/2012 **Arraignment On Information** (Judicial Officer: Callahan, Michael J.)
Resource: Court Rpt/Rec 37 Goldsmith, Jeffrey
Resource: Courtroom Clerk C5948 Parsons, Patricia
*Held*

08/24/2012 Order (Judicial Officer: Callahan, Michael J. )
*Defense: Order For Assignment of Private DNA Expert S/F*

08/27/2012 Motion
*Motion in Limine and Quash*

09/14/2012 *CANCELED* **Final Conference**
*Adjourned:At The Request Of The Prosecution*

09/21/2012 **Motion Hearing** (Judicial Officer: Callahan, Michael J.)
Resource: Court Rpt/Rec 37 Goldsmith, Jeffrey
Resource: Courtroom Clerk C5948 Parsons, Patricia
*Held*

09/21/2012 Motion To Quash Information (Judicial Officer: Callahan, Michael J. )
*DENIED*

09/21/2012 Motion (Judicial Officer: Callahan, Michael J. )
*PEOPLES MOTION TO ADJ TRIAL DATE, GRANTED*

10/17/2012 **Pre-Trial** (Judicial Officer: Callahan, Michael J.)
Resource: Court Rpt/Rec 37 Goldsmith, Jeffrey
Resource: Courtroom Clerk C5948 Parsons, Patricia
*Adjourned at the Request of the Court*

10/18/2012 **Pre-Trial** (Judicial Officer: Callahan, Michael J.)
Resource: Court Rpt/Rec 37 Goldsmith, Jeffrey
Resource: Courtroom Clerk C5948 Parsons, Patricia

*Held*

10/25/2012 Motion
*Motion to Suppress and Quash*

11/02/2012 **Motion Hearing** (Judicial Officer: Callahan, Michael J.)
Resource: Court Rpt/Rec 37 Goldsmith, Jeffrey
Resource: Courtroom Clerk C6005 Schultz, Roberta
*Held*

11/02/2012 Motion to Suppress (Judicial Officer: Callahan, Michael J. )
*H/D*

11/02/2012 Denied - Order Signed and Filed (Judicial Officer: Callahan, Michael J. )
*Defendant's Motion to Suppress*

12/07/2012 **Pre-Trial** (Judicial Officer: Callahan, Michael J.)
Resource: Court Rpt/Rec 37 Goldsmith, Jeffrey
Resource: Courtroom Clerk C5948 Parsons, Patricia
*Held*

12/13/2012 *CANCELED* **Jury Trial**
*Adjourned:At The Request Of The Prosecution*

03/11/2013 **Jury Trial** (Judicial Officer: Callahan, Michael J.)
Resource: Court Rpt/Rec 37 Goldsmith, Jeffrey
Resource: Courtroom Clerk C5948 Parsons, Patricia
*In Progress*

03/12/2013 **Jury Trial in Progress** (Judicial Officer: Callahan, Michael J.)
Resource: Court Rpt/Rec 37 Goldsmith, Jeffrey
Resource: Courtroom Clerk C5948 Parsons, Patricia
*In Progress*

03/13/2013 **Jury Trial in Progress** (Judicial Officer: Callahan, Michael J.)
Resource: Court Rpt/Rec 37 Goldsmith, Jeffrey
Resource: Courtroom Clerk C5948 Parsons, Patricia
*In Progress*

03/14/2013 **Jury Trial in Progress** (Judicial Officer: Callahan, Michael J.)
Resource: Court Rpt/Rec 37 Goldsmith, Jeffrey
Resource: Courtroom Clerk C5948 Parsons, Patricia
*Held*

03/14/2013 **Disposition** (Judicial Officer: Callahan, Michael J.)
1. Homicide - Murder First Degree - Premeditated
   Not Guilty - Found Guilty of Lesser Offense
2. Homicide - Murder - Second Degree
   Found Guilty by Jury

03/14/2013 Found Guilty By Jury (Judicial Officer: Callahan, Michael J. )

03/14/2013 Refer to Probation For Pre-Sentence Report (Judicial Officer: Callahan, Michael J. )

03/14/2013 Order For DNA Sample (Judicial Officer: Callahan, Michael J. )

04/04/2013 **Sentencing** (Judicial Officer: Callahan, Michael J.)
Resource: Court Rpt/Rec 37 Goldsmith, Jeffrey
Resource: Courtroom Clerk C5948 Parsons, Patricia
*Held*

04/04/2013 **Sentence** (Judicial Officer: Callahan, Michael J.)
2. Homicide - Murder - Second Degree
Prison Sentence
State Confinement:
Agency: Michigan Department of Corrections
Effective 04/04/2013
Term: 600 Mo to 900 Mo
Credit for Time Served: 297 Days
Fee Totals:

| | |
|---|---|
| - Standard FEL Fees (ATTY, SMCF, JCVF) | 1,143.00 |
| Fee Totals $ | 1,143.00 |

04/04/2013 Sentenced to Prison (Judicial Officer: Callahan, Michael J. )

04/16/2013 Order For Production Of Trial And Sentence Transcript *Vol./Book 5 325 pages*
*Jeffrey Goldsmith JT 3/11-14/2013, SE4/4/2013*

04/16/2013 Stenographer Certificate Required

04/17/2013 Stenographers Certificate Filed
*Jeffrey Goldsmith JT 3/11-14/2013, SE4/4/2013*

07/09/2013 Notice of Transcript Filed *Vol./Book 5 325 pages*
*Jeffrey Goldsmith JT 3/11-14/2013, SE4/4/2013***

04/16/2013 Appointment for Claim of Appeal (Circuit)
*Neil Leithauser appointed*

04/23/2013 Order For Production Of Transcript
*Jeffrey Goldsmith MO 9/21/2012, 11/2/2012*

04/23/2013 Stenographer Certificate Required

04/25/2013 Stenographers Certificate Filed
*Jeffrey Goldsmith MO 9/21/2012, 11/2/2012*

07/09/2013 Notice of Transcript Filed *Vol./Book 2 21 pages*
*Jeffrey Goldsmith MO 9/21/2012, 11/2/2012***

06/06/2013 Attorney Appointed
*COPIED CRT FILE FOR APPELLATE ATTORNEY NEIL LEITHAUSER.*

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant** Taylor, Charles Robert | |
| | Total Charges | 1,343.00 |
| | Total Payments and Credits | 0.00 |
| | **Balance Due as of 8/4/2015** | **1,343.00** |

Exhibit D Exhibit D

KYM L. WORTHY
PROSECUTING ATTORNEY

RICHARD P. HATHAWAY
CHIEF ASSISTANT

DONN FRESARD
CHIEF OF STAFF

COUNTY OF WAYNE
**OFFICE OF THE PROSECUTING ATTORNEY**
DETROIT, MICHIGAN

1200 FRANK MURPHY HALL OF JUSTICE
1441 ST. ANTOINE STREET
DETROIT, MICHIGAN 48226-2302

TEL: (313) 224-5777
FAX: (313) 224-0974

October 30, 2015

[redacted]
10163 Duprey St.
Detroit, MI 48224

Re: FREEDOM OF INFORMATION ACT REQUEST of (UNDATED)
**DENIAL OF FOIA REQUEST: People v. Charles Taylor, Case #12-007031-01**

Dear Ms. Boyd:

The above described request for copies has been received and reviewed. We have located the prosecutor's file for the above requested case. However your request to obtain copies of the Miranda warning, the Probable Cause transcript, any and all affidavits that support criminal felony complaints and warrants, and proof of bond (true copies of all) has been denied because these records were not contained in the prosecutor's file.

Therefore, please find enclosed Money Order Number R106987013507 dated 10/05/2015 in the amount of $3.00 sent with your FOIA request.

If you are dissatisfied with the resolution of your request, you have the right to do either of the following:

(1) Submit a written appeal to the County Executive, which specifically states the word "appeal" and states the reason, or reasons the denial should be reversed. Send your appeal to Wayne County Corporation Counsel, 500 Griswold, Suite 1204, Detroit, MI 48226,

OR

(2) Commence an action in the circuit court to compel disclosure. Should you prevail, you will be entitled to have reasonable attorneys' fees, costs and disbursements assessed against the County by the court. If you or the County prevails in part, the court may, in its discretion, award you all or an appropriate portion of reasonable attorneys' fees, costs, and disbursements. If the court determines that the County has been arbitrary and capricious in its denial, you will also be entitled to punitive damages in the amount of $1,000.00.

Sincerely,

*Barbara Brown*

Barbara Brown
FOIA Officer

Denial Approved:

Wayne County Prosecutor's Office

Date: **October 30, 2015**

ORIGINAL - COURT FILE
1ST COPY - BINDOVER COPY
MITTIMUS - SHERIFF

FORM NO. DCY 250/251 Same ?

WARRANT RECALL COPIES
WHITE - COURT FILE
WHITE - RETURN TO COURT WITH WARRANT
PINK - DETROIT POLICE DEPARTMENT

2

**STATE OF MICHIGAN VS**

**FELONY REGISTER OF ACTIONS**

**36th DISTRICT COURT**
**CRIMINAL DIVISION**
**421 Madison Avenue**
**Detroit, MI 48226**

Defendant name and address
TAYLOR,CHARLES,ROBERT
1377 E GARGUS
MONCURE,NC JUN 16 2012

Sex: M Race: B DOB: 2/12/1955

Defendant Alias(s)
TAYLOR,CHARLES,R

Case no. 12059693-01
Offense date 6/30/2004
Complaint date 5/25/2012
CTN NO. 82-11726736-01
Offense charged and section no.
750316-A
MURDER 1ST

BOND HISTORY

| Date Set | Date Posted | Type | Amount |
|---|---|---|---|
| JUN 16 2012 | Remand | | |

Defense Attorney, Address, Bar no., Telephone
8806 ATTORNEY UNREPO
6-26-12 Harper Capers P24653 (A)

15-206991W

Police No. 545505
Police Agency DPHOM
Precinct

Arraignment Date 6/16/12 ☐ Guilty ☑ Not Guilty ☐ No Contest ☑ Mute
Judge MAGISTRATE RENEE R. McDUFFEE

Adjudication Date 6/26/12 1:30pm ☐ Jury Trial ☐ Bench Trial ☑ Exam ☐ Other
Annette Payton COURT REPORTER
Court Clerk CSMR #6722

FINDINGS ☐ Guilty as Charged ☐ Not Guilty ☐ Dismissed ☐ Nolle Prosequi
☐ Guilty, other. Charge and Section no.:

Sentencing Date
Sentence
☐ Probation length
Judge

| DATE | CODE | ACTIONS, JUDGMENTS, CASE NOTES | Initials |
|---|---|---|---|
| JUL 19 2012 | Ex | COURT REPORTER VICTORIA D. KING CSR #2357 — Court Reporter; Prosecutor Steven M. Kaplan No. P33036 | |
| 6-26-12 | EX | order granting continuance signed. Defense request, newly appointed, no discovery. Exam adjourned until July 12, 2012 @ 1:30 pm B/C. apa Danielle Hagaman-Clark P63017. S/I Steven Kaplan | |
| | | JUDGE KEITA F. BRIGHT / GRETCHEN SMITH, COURT CLERK / SHEILA RICE COURT REPORTER CSR 4163 | |
| JUL 12 2012 | Ex | Adj'd to 7/19/12 @ 1:00 PM. Remanded. apa Michael J. Reynolds P30592 — Judge Michael E. Wagner, Court Clerk Ernest Tooks, CSR 1403 Cheryl A. Peterson | |
| JUL 19 2012 | Ex | HBO - 7/26/12 @ 9:00 am B/C — Judge Michael E. Wagner, P44021, Ernest Tooks | |

REGISTER OF ACTIONS, Form No. DCY250/251 Same Revised 12/82

Exhibit E

ORIGINAL - COURT FILE
1ST COPY - BINDOVER COPY
MITTIMUS - SHERIFF

FORM NO. DCY 250/251 SAME?

WARRANT RECALL COPIES
WHITE - COURT FILE
WHITE - RETURN TO COURT WITH WARRANT
PINK - DETROIT POLICE DEPARTMENT

| (2) STATE OF MICHIGAN VS | FELONY WARRANT RECALL | 36th DISTRICT COURT CRIMINAL DIVISION 421 Madison Avenue Detroit, MI 48226 |
|---|---|---|

Defendant name and address
TAYLOR,CHARLES,ROBERT
1377 E GARGUS
MONCURE,NC

Sex: M Race: B DOB: 2/12/1965

Case no. 12059653-01
Offense date 5/30/2004
Complaint date 5/26/2012
CTN NO. 82-11726736-01

**BOND HISTORY**

| Date Set | Date Posted | Type | Amount |
|---|---|---|---|
| 6/16/12 | Remand | | |
| | | | |
| | | | |
| | | | |

Defendant Alias(s)
TAYLOR,CHARLES,R

Offense charged and section no.
750316-A
MURDER 1ST

Defense Attorney, Address, Bar no., Telephone
8806 ATTORNEY UNREF

15-2069910

Police No. 545505 | Police Agency DPHOM | Precinct

ORI No. M1820031J 1:30pm

Next Court Date: 6/26/12 Proceeding: Exam

To: DETROIT POLICE DEPARTMENT — Communications

OIC CASE Ex Steven M. Kaplan DPB33030 Precinct or Bureau

IT IS DIRECTED THAT THE WARRANT BE RETURNED TO THE ABOVE COURT IMMEDIATELY. INFORMATION CONCERNING THIS WARRANT IS TO BE REMOVED FROM THE LAW ENFORCEMENT INFORMATION NETWORK (LEIN) FILES IMMEDIATELY UPON RECEIPT OF THIS NOTIFICATION.

DATE: 6/16/12

MAGISTRATE RENEE R. McDUFFEE (AP)
Judge of the 36th District Court

ACKNOWLEDGEMENT OF RECEIPT OF THIS NOTIFICATION TO RETURN/CANCEL THE ABOVE WARRANT AND REMOVE INFORMATION FROM LEIN FILES.

Signature | Badge No. | Date | Time

Ex Adj'd to 7/19/12 @ 9:00 PM, Remanded.
apa Michael J. Reynolds P30592
Ex HBO - 7/26/12 @ 9:00 am B/C

Different

WARRANT RECALL, Form No. DCY220 Revised 12/82